UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 05-20428-CR-JORDAN

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) |
| JULIO CESAR IZQUIERDO | ) |

## ORDER

The defendant's motion for termination of supervised release [D.E.246] is DENIED.

DONE and ORDERED in chambers in Miami, Florida, this 10th day of June, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to: All counsel of record